

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2021

No. 04-21-00207-CV

Eduardo **AQUINO**,
Appellant

v.

Piedad **AQUINO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19584
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa. Justice
              Irene Rios, Justice
              Beth Watkins, Justice

Appellee's brief was originally due October 1, 2021. After the court granted two extensions, the brief was due December 1, 2021. Appellee has filed an unopposed motion for a sixty-day extension because the parties are currently engaged in settlement discussions to resolve their dispute and are scheduled for a mediation on December 24, 2021.

We **grant** the extension of time to file appellee's brief and **order** appellee to file her brief or a motion that disposes of the appeal in accordance with Texas Rule of Appellate Procedure 42.1 not later than **January 31, 2022**. The parties are further **ordered** to file a status report advising the court of the status of settlement negotiations not later than **December 30, 2021**. Any further requests for extensions of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court